USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 10 2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GRACIELA BRETSCHNEIDER DONCOUSE,

Plaintiff,

-against-

SALAAM BOMBAY, INC., DOMESTIC BUSINESS CORPORATION, and THE IRREVOCABLE TRUST OF ESTATE OF HELEN S. RAKOSI FBO,

Defendants.

ORDER

16 CV 9626 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
October 10, 2017

SO ORDERED.

GEORGE B. DANIELS
United States District Judge